# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ANITA STAMATOPOULOS,

    Plaintiff,

v.

OPTALIS HEALTH AND REHABILITATION,

    Defendant.

Case No. 2:24-cv-13077-DML

Hon. David M. Lawson

| Noah S. Hurwitz (P74063) <br> Grant Vlahopoulos (P85633) <br> HURWITZ LAW PLLC <br> *Attorneys for Plaintiff* <br> 340 Beakes St., Ste. 125 <br> Ann Arbor, MI 48104 <br> (844) 487-9489 <br> noah@hurwitzlaw.com <br> grant@hurwitzlaw.com | Costanzo Z. Lijoi (P29620) <br> Moore Penna & Associates <br> *Attorneys for Defendant* <br> 38600 Van Dyke Ave, Ste. 300 <br> Sterling Heights, MI 48312 <br> (586) 883-6585 <br> clijoi@moorepennalaw.com |
|---|---|

    Please enter the appearance of Grant M. Vlahopoulos of Hurwitz Law PLLC as counsel for Plaintiff in the above-captioned matter.

                                         Respectfully submitted,

                                         */s/ Grant M. Vlahopoulos* <br>
                                         Grant M. Vlahopoulos (P85633) <br>
                                         Hurwitz Law PLLC <br>
                                         Attorney for Plaintiff <br>
                                         340 Beakes St., Ste. 125 <br>
                                         Ann Arbor, MI 48104 <br>
                                         (844) 487-9489

Dated: January 6, 2025                              grant@hurwitzlaw.com


## **CERTIFICATE OF SERVICE**

I certify that on January 6, 2025, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the ECF system, which will send notification of the filing to all counsel of record.

                                             */s/ Grant M. Vlahopoulos*
                                             Grant M. Vlahopoulos (P85633)

Dated: January 6, 2025