UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANITA STAMATOPOULOS,

        Plaintiff,

v.

        Case Number 24-13077
        Honorable David M. Lawson

OPTALIS HEALTH AND
REHABILITATION,

        Defendant.

_____/

## NOTICE TO APPEAR FOR CASE MANAGEMENT STATUS AND SCHEDULING CONFERENCE

**YOU ARE NOTIFIED TO APPEAR ON: January 23, 2025 at 2:00 p.m.** for a Case Management Status and Scheduling Conference to be held at U.S. District Court, 231 W. Lafayette Blvd., Room 775, Detroit, MI 48226.

**COUNSEL shall prepare and serve on opposing counsel and the Judge's chambers (via email), ONE WEEK PRIOR TO THE CONFERENCE, a short statement (double-spaced), which:**

- Summarizes the background of the action and the principal factual and legal issues;

- Outlines the proposed discovery;

- Describes any outstanding or anticipated discovery disputes, and the basis you have for any objection;

- Discloses insurance available to satisfy part or all of a judgment, including

- indemnification agreements; and

- Proposes an appropriate management plan, including a schedule setting discovery cut-off and trial dates.

Counsel are encouraged to discuss their statements prior to the Status and Scheduling Conference. These short statements **must <u>not</u> be efiled with the Clerk of the Court**. They should be faxed to Chambers at **(313) 234-2669** or emailed to the Judge's Case Manager, Susan Pinkowski, at *Susan_Pinkowski@mied.uscourts.gov*. <u>If counsel have met/conferred pursuant to Fed. R. Civ. P. 26(f)</u>, your proposed discovery plan **shall be efiled with the Clerk of the Court** in lieu of these statements, <u>supplemented, as necessary, to provide the above information</u>.

Please be prepared to discuss the following at the Scheduling Conference:

- The issues and narrowing the issues;

- Subject matter jurisdiction;

- Relationship to other cases;

- Necessity of amendments to pleadings, additional parties, third-party complaints, etc.;

- Settlement, including alternative dispute resolution;

- Progress of discovery (counsel are instructed to commence significant discovery prior to the conference);

- Issues which may appropriately be resolved by motion; and

- Estimated trial length.

**IT IS PLAINTIFF'S COUNSEL'S RESPONSIBILITY TO NOTIFY ALL PARTIES OF THE SCHEDULING CONFERENCE.**

**Counsel are directed to discuss with their client case evaluation (formerly "mediation") and the prospect of obtaining authority to stipulate to be bound by the provisions of Mich. Ct. R. 2.403, including the section dealing with sanctions.** Counsel are advised to have their calendars available for the scheduling of dates.

Again, if the parties prepare individual short statements, they should be emailed to the Case Manager. If a joint discovery plan is prepared, it should be docketed in CM/ECF. Please email with any questions.

                                                    s/Susan Pinkowski
                                                    Susan Pinkowski, Case Manager
                                                    (313) 234-2662

Dated: January 14, 2025